**Eric CHRISTIAN, Plaintiff–Appellant,**

v.

**UNITED STATES of America; US Probation & Parole Board,
Defendants–Appellees.**

**No. 01–7010.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

Eric Christian, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Eric Christian appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint, and a subsequent order denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the rea-

soning of the district court. *See Christian v. United States,* No. CA–01–1354–L (D. Md. May 17 & June 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*